CRAIG RICE-BISHOP, Respondent, v. ST. NICHOLAS SPORTS CENTER, INC., Appellant, et al., Defendant, and BERNARD STORPER, Doing Business as STORPER ATTRACTIONS, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See ante, p. 658.]

In the Matter of the Estate of GUSTAV KADAR, Deceased. DREYFUS & Co., Appellant; NICHOLAS R. DOMAN, as Administrator of the Estate of GUSTAV KADAR, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See ante, p. 654.]

MORRIS BERMAN v. NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A. D. 2d 971.]

In the Matter of DONALD ROMANO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, et al., Landlords.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

ALBERT L. LOUX and Others Similarly Situated, v. GEORGE W. CORNELL et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

## (February 27, 1957)

(Republished)

NEW YORK ANNUAL CONFERENCE OF THE A. M. E. CHURCH, Respondent, v. NORMAN T. GARRISON, Appellant.— Order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See ante, p. 708.]

## (February 28, 1957)

(Republished)

LAWRENCE KILLILEA, Respondent, v. SAM SPECTOR, Doing Business as DUNRITE PAINTING & DECORATING COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event. Opinion Per Curiam. Concur — Botein, J. P., Rabin, Valente and McNally, JJ.; Frank, J., dissents and votes to affirm. [See ante, p. 705.]

## SECOND DEPARTMENT, FEBRUARY, 1957

### (February 4, 1957)

ALBERT C. EIDELBERG, Appellant, v. CHARLOTTE KESTENBAUM et al., Respondents.— Motion to amend decision and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See ante, p. 663.]

ETHEL GERVANT, Appellant, v. NEW ENGLAND FIRE INSURANCE Co., Respondent.— Motion to amend judgment denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See 282 App. Div. 730.]